IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
AUG 0 4 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | | |
|---|---|---|
| ROBERT GONZALES, | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | NO.  MO-11-CV-037 |
| | § | |
| MIDLAND LODGING, LLC, | § | |
| D/B/A COMFORT INN, | § | |
|    Defendant. | § | |

## ORDER TO SHOW CAUSE

Court records indicate timely answers or motions under Rule 12 of the Federal Rules of Civil Procedure have not been filed by the Defendant, MIDLAND LODGING, LLC D/B/A COMFORT INN, On May 6, 2011 the Defendant, by and through its agent, ALPESH PATEL, was personaly served copy of the complaint. Therefore, unless there are extenuating circumstances, the above-named Defendant has defaulted and judgment should be entered. Accordingly,

IT IS ORDERED that the above-named Defendant show cause in writing by September 2, 2011 why Judgment on Plaintiff's Complaint filed on April 6, 2011 in the above-styled and numbered cause should not be granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a certified copy of this order certified mail, return receipt requested, to **ALPESH PATEL, 1205 AVENIDA CENTRAL NORTH, LADY LAKE, FLORIDA 32159.**

IT IS SO ORDERED.

SIGNED this 3 day of August, 2011.

_____
ROBERT JUNELL
UNITED STATES DISTRICT JUDGE